7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Charles Raymond Meyer and Scheryl Gaye Meyer
*Debtor*

*Bankruptcy Case No.*
13–40614–abf7

**Charles Raymond Meyer**
  Plaintiff(s)

*Adversary Case No.*
14–04045–abf

v.

**Kansas Department of Labor**
  Defendant(s)

## JUDGMENT

　　　The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That In Accordance with the Court's Order Directing Judgment in Favor of Defendant(Doc. No. 36, entered by the Court on 12/3/2014), Judgment is hereby entered in Favor of the Defendant Kansas Department of Labor. Each party to bear its own costs.



　　　　　　　　　　　　　　　　　　　　　　　Ann Thompson
　　　　　　　　　　　　　　　　　　　　　　　Court Executive

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Sharon Greene
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 12/3/14

Court to serve